No. 76–529. MONTANA POWER CO. ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.;

No. 76–585. AMERICAN PETROLEUM INSTITUTE ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.;

No. 76–594. INDIANA-KENTUCKY ELECTRIC CORP. ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.;

No. 76–603. ALABAMA POWER CO. ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.;

No. 76–619. UTAH POWER & LIGHT CO. ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.; and

No. 76–620. WESTERN ENERGY SUPPLY & TRANSMISSION ASSOCIATES ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. [Certiorari granted, 430 U. S. 953.] Motion of the Solicitor General to dismiss the writs of certiorari as improvidently granted denied. Judgment vacated and cases remanded for further consideration in light of Clean Air Act Amendments of 1977, 91 Stat. 685, 42 U. S. C. § 7401 *et seq.* (1976 ed., Supp. I), and to consider suggestion of mootness filed by intervenor-respondents. MR. JUSTICE POWELL took no part in the consideration or decision of this motion and these cases. Reported below: 176 U. S. App. D. C. 335, 540 F. 2d 1114.

No. ——. PHILLIPS *v.* TOBIN ET AL. C. A. 2d Cir. Motion for an order directing the Clerk to accept as properly printed petition for writ of certiorari denied.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Report of Special Master received and ordered filed. [For earlier orders herein, see *e. g.,* 423 U. S. 942.]

No. 75–562. ROSEBUD SIOUX TRIBE *v.* KNEIP, GOVERNOR OF SOUTH DAKOTA, ET AL., 430 U. S. 584. Motion of petition to retax costs denied.